UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **QUANDETAMASHUAN P. WILLIAMS-TIBBS** | **CIV. ACTION NO. 3:24-00834** |
| **VERSUS** | **JUDGE JERRY EDWARDS, JR.** |
| **MARTIN O' MALLEY, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED** that the instant complaint is hereby **DISMISSED**, with prejudice. Fed. R. Civ. P. 41(b).

**THUS DONE AND SIGNED** this 10th day of September 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE